UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JESSICA L. VALDERRAMA** | * | **CIVIL ACTION NO.** |
| **versus** | * | **JUDGE** |
| **JOURNEYMAN CONSTRUCTION, INC. AND WAL-MART STORES, INC.** | * | **MAGISTRATE JUDGE** |

## NOTICE OF REMOVAL

TO:  THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants, Journeyman Construction, Inc. and Wal-Mart, Inc., hereby give notice of the removal of this action from the Twenty-Second Judicial District Court for the Parish of St. Tammany, State of Louisiana to the United States District Court for the Eastern District of Louisiana.  In support of this Notice of Removal, Defendants submit the following:

1.

Plaintiff, Jessica L. Valderrama, filed suit against Defendants on March 30, 2015, in the Twenty-Second Judicial District Court of St. Tammany Parish, Louisiana.  The case was styled *Jessica L. Valderrama v. Journeyman Construction, Inc. and Wal-Mart Stores, Inc.*, Civil Action No. 2015-11294. In accordance with 28 U.S.C. § 1446 (a) a copy of the Petition for Damages is attached hereto as Exhibit 1.

2.

Defendants, Journeyman Construction, Inc. and Wal-Mart Stores, Inc. were both served with process through their registered agents for service of process on April 22, 2015. (*See* Service of Process Transmittal and Citation, Exhibit 2.)  Defendants' notice of removal of this action is timely under 28 U.S.C. § 1446(b) because it is filed within thirty days from receipt of service through their registered agents.

3.

This Court has original subject matter jurisdiction of this action under 28 U.S.C. § 1332 and removal jurisdiction under 28 U.S.C. § 1441(a).

4.

Pursuant to 28 U.S.C. § 1332, there is complete diversity of citizenship in this matter as Plaintiff, Jessica L. Valderrama, is alleged to be a citizen of the state of Louisiana.  Defendant, Wal-Mart Stores, Inc. is a Delaware corporation with its principal place of business in Bentonville, Arkansas, and it is a publicly held company. Defendant, Journeyman Construction, Inc. is a Texas corporation with its principal place of business in Austin, Texas.

5.

Pursuant to 28 U.S.C. § 1332, the amount in controversy in this matter exceeds $75,000, as Plaintiff has alleged damages, that if true, which Defendants deny, exceed $75,000, exclusive of interest and costs.

6.

Ms. Valderrama alleges in her Petition that her home at 108 Sugar Mill Drive in Slidell, Louisiana was damaged during the construction of a Wal-Mart Neighborhood Store directly behind her property. (*See* Petition, attached as Exhibit 1, §6, 7 and 8.)

7.

She further claims that her home has sustained cracks in the floors, walls, and ceiling that diminish the value of her home. (*See* Petition, attached as Exhibit 1, §10.)

8.

Plaintiff also claims that her home has been diminished in value by approximately $30,000, and she has received repair estimates in the amounts of $18,800 to re-level her home and $6,163.50 to repair or replace damaged flooring. (*See* Petition, attached as Exhibit 1, §§9, 12, and 13.)

9.

Plaintiff seeks recovery of the following damages:

   a) Physical damage to the structure of the home;

   b) Diminution in the value of her property;

   c) Flooding of her property, which did not previously occur;

   d) Past and future mental pain and anguish;

   e) Inconvenience and harassment;

   f) Costs, interest, and attorney fees;

   g) All damage revealed in discovery.

(*See* Petition, attached as Exhibit 1, §20.)

10.

Plaintiff's Petition for Damages is silent as to the amount in controversy; however, Plaintiff's counsel advised by email this date that her client has noticed additional damage, and as such, cannot stipulate that her damages do not exceed $75,000, exclusive of interest and costs and attorney fees. (*See* email, attached as Exhibit 3.)

11.

In accordance with 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal is being delivered to all parties individually or through their counsel of record. Additionally, a copy of the Notice of Removal will be filed with the Clerk of Court for the Twenty-Second Judicial District Court for St. Tammany Parish, State of Louisiana. *See* 28 U.S.C. § 1446(d).

12.

The 22nd Judicial District Court for the Parish of St. Tammany is located within the Eastern District of Louisiana pursuant to 28 U.S.C. § 98(a); therefore, venue is proper in accordance with 28 U.S.C. § 1441(a) because it is the "district and division embracing the place where such action is pending."

13.

A List of Parties and Pleadings will be filed with this Notice of Removal pursuant to 28 U.S.C. § 1447(b).

**WHEREFORE**, Defendants, Journeyman Construction, Inc. and Wal-Mart Stores, Inc. pray that the above-numbered and entitled state court action in the Twenty-Second Judicial District Court for St. Tammany Parish, State of Louisiana be removed to the United States District Court for the Eastern District of Louisiana.

Respectfully Submitted,

s/ James M. Garner
JAMES M. GARNER #19589
DEBRA J. FISCHMAN #5578
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street - 28th Floor
New Orleans, LA 70112
Telephone: 504-299-2100
Facsimile: 504-299-2300
**ATTORNEYS FOR JOURNEYMAN CONSTRUCTION, INC. AND WAL-MART STORES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by depositing same in the United States Mail, properly addressed and postage prepaid, and/or electronic mail and/or facsimile this 22nd day of May, 2015.

s/James M. Garner
JAMES M. GARNER