UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JESSICA L. VALDERRAMA**                        **CIVIL ACTION**

**VERSUS**                                               **NUMBER: 15-1750**

**JOURNEYMAN CONSTRUCTION, INC., ET AL**      **SECTION:"B" (3)**

## ORDER OF DISMISSAL

The Court has been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise and have assured that they need only to execute releases and agreements. Accordingly,

**IT IS ORDERED** that this action hereby is **DISMISSED** without costs and without prejudice to the right of the parties, upon good cause shown, within sixty (60) days, to seek summary judgment enforcing the compromise if it is not consummated by that time. The Court retains jurisdiction over this action to enforce settlement if not timely consummated or if final settlement authority is not obtained, provided a motion to enforce the settlement or, alternatively, a motion to extend this period is filed within 60 days from entry of this order.

PARTIES ARE WARNED THAT FAILURE TO TIMELY FILE A MOTION TO ENFORCE SETTLEMENT SHALL DIVEST THIS COURT FROM HAVING SUBJECT MATTER JURISDICTION OVER THIS ACTION. WOOLWINE FORD LINCOLN MERCURY V. CONSOLIDATED FINANCIAL RESOURCES, INC., 245 F.3d 791

**(5th Circuit December 27, 2000) (PER CURIAM) (UNPUBLISHED CIVIL ACTION NO. 00-60314). PARTIES ARE FURTHER WARNED THAT FAILURE TO TIMELY CONSUMMATE SETTLEMENT WITHIN THE SIXTY (60) DAY PERIOD SHALL LEAD TO THE IMPOSITION OF SANCTIONS AGAINST THE PARTY(S) FAILING TO COMPLY WITH THIS ORDER.**

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

**IT IS FURTHER ORDERED THAT ALL PENDING MOTIONS BETWEEN SETTLING PARTIES ARE DISMISSED AS MOOT.**

New Orleans, Louisiana, this 2nd day of February, 2016.

_____
SENIOR UNITED STATES DISTRICT JUDGE